# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MICHAEL ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-14-1424-HE |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Michael Allen filed this action seeking judicial review of the final decision of the Commissioner of the Social Security Administration denying his application for Supplemental Security Income ("SSI"). Consistent with 28 U.S.C. § 636(b) and Fed.R.Civ.P.72(b), the case was referred to Magistrate Judge Charles B. Goodwin, who issued a Report and Recommendation recommending that the Commissioner's decision be affirmed.

Plaintiff filed his application for SSI on June 28, 2012. When it was denied initially and on reconsideration, he requested a hearing before an Administrative Law Judge ("ALJ"). After a hearing, the ALJ issued an unfavorable decision on October 3, 2013. When the Appeals Council denied plaintiff's request for review, the ALJ's decision became the final decision of the Commissioner.

Plaintiff failed to object to the well-reasoned, thorough Report and Recommendation and thereby waived his right to appellate review of the factual and legal issues it addressed.

Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010); *see* 28 U.S.C. §636(b)(1)(C).

Accordingly, the court **ADOPTS** Magistrate Judge Goodwin's Report and Recommendation. The Commissioner's decision is **AFFIRMED**.

    **IT IS SO ORDERED**.

    Dated this 23rd day of February, 2016.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE